# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ROCK HILL DIVISION

| | |
|---|---|
| TEVINYANCE EVANS,<br><br>                           **Plaintiff,**<br><br>v.<br><br>AMERICAN AIRLINES GROUP, INC., and ABM AVIATION, INC., D/B/A AIR SERV CORPORATION,<br><br>                           **Defendants.** | Civil Action No.: 0:17-cv-00829-DCC<br><br><br>**PLAINTIFF'S EXPERT DISCLOSURES** |

The undersigned counsel for Plaintiff Tevinyance Evans ("Plaintiff"), hereby certifies that they have disclosed to all other parties the identity and written report, if applicable, of the expert witnesses listed below in substantial compliance with Fed. R. Civ. P. Rule 26(a)(2) and the Court's Amended Scheduling Order dated September 29, 2017.

    Helen Zienkievicz
    2119 Riverwalk Drive, # 134
    Moore, Oklahoma 73160
    Phone: 405-367-8025

    Gary Roxland, M.D.
    15-05 Bell Boulevard
    Bayside, NY 11360
    Phone: 718-225-8011

    Dr. Malik Ashe, M.D.
    Lowry's Family Medicine
    517 Doctors Court
    Chester, SC 29706
    Phone: 803-581-2800

This 1st day of February, 2018 at Charleston, South Carolina.

                                          s/ Julie L. Moore
                                          Julie L. Moore
Stephen J. Bell
DUFFY & YOUNG, LLC
96 Broad Street
Charleston, South Carolina 29401
(843) 720-2044 (phone)
(843) 720-2047 (fax)
*Attorneys for Plaintiff*